MARY LOREA *v.* SAMUEL LOREA

[No. 61, October Term, 1942.]

*Decided January 29, 1943.*

The cause was argued before SLOAN, DELAPLAINE, COLLINS, MARBURY, and GRASON, JJ.

*George B. Woelfel* for the appellant.

*Emanuel Klawans* for the appellee.

SLOAN, J., delivered the opinion of the Court.

> *Decree affirmed, with costs on the defendant.*